**EXHIBIT A**



# SPECIAL INTERNATIONAL

# MASONRY INDUSTRY AGREEMENT

developed by the

International Union of Bricklayers and Allied Craftworkers

in consultation with the

International Council of Employers of Bricklayers and Allied Craftworkers

To improve mobility of manpower, to increase efficiencies and competitiveness, to foster the principles of collective bargaining, to promote closer working relationships between the International Union of Bricklayers and Allied Craftworkers and signatory employers, to eliminate strikes and lockouts, to provide a peaceful means for the settlement of grievances and disputes, to encourage masonry training programs, to promote safe working sites, and to ensure uniform area rates of wages, hours and conditions of employment, we, the International Union of Bricklayers and Allied Craftworkers and individual employers signatory to this Agreement, hereby, do adopt this International Agreement as the basis of our relations. A basic principle of this Agreement is that a fair day's work shall be provided for a fair day's pay.

The International Union of Bricklayers and Allied Craftworkers shall hereinafter be referred to as the "Union," BAC" or the "International Union." Local Unions, District Councils and Conferences of the International Union of Bricklayers and Allied Craftworkers shall hereinafter be referred to as the "Local Union." The International Council of Employers of Bricklayers and Allied Craftworkers shall hereinafter be referred to as the "Council."

Individual Employers who become signatory to this Agreement and members of contractor associations which become signatory to this Agreement who have designated that association as their bargaining representative shall hereinafter be called the "Employer".

Each Employer on whose behalf this Agreement has been developed and each future Employer who becomes a party by signing the Agreement, shall individually be liable and responsible for its own acts and conduct and for any breach or alleged breach of this Agreement.

## ARTICLE I

### Duration

This Agreement, executed to be effective the _____ day of _____ 20___, shall remain in effect for three (3) years and shall automatically continue yearly thereafter unless notice of modification or termination is given by certified mail in writing by either party to the other at least sixty (60) days prior to the anniversary date. The parties may at any time mutually agree to change or amend any part of this Agreement and such changes or modifications shall not affect the continuing nature of this Agreement.

In the event notice of termination or modification is given as provided in the above paragraph and an agreement on a new or modified agreement is not reached by the anniversary date, the individual signatory Employers and the Union agree to continue to work under the terms of this Agreement on a day-to-day basis until such time that either a new agreement or an impasse is reached.

## ARTICLE II

### Scope

This Agreement shall be in effect within the boundaries of the United States and Canada and all possessions and territorial dependencies.

A.  This Agreement covers all construction work within the jurisdiction of the International Union, as defined in the Constitution of the International Union, as well as all other work normally and traditionally assigned to and performed by employees represented by the International Union of Bricklayers and Allied Craftworkers.

B.  The Employer agrees to assign to employees, journeyperson, apprentices, and support personnel represented by BAC all work which has been historically or traditionally assigned to members of the International Union of Bricklayers and Allied Craftworkers, including but not limited to: all forms of masonry construction, including all brick, stone, concrete block, marble, plaster, mosaic, tile, terrazzo, terra cotta, glass block, refractory materials, and pointing-cleaning-caulking work; the complete installation of all forms of masonry panels including the off and/or on-site fabrication, all integral elements of masonry construction and all forms of substitute materials or building systems thereto utilized in all forms of construction, maintenance, repair and renovation.

C.  In addition, the Employer agrees to assign to employees represented by BAC all other work assignments mutually agreed upon between the Employer and the Union or the Local Unions, and all such work shall be covered by this Agreement.

## ARTICLE III

### Management Recognition and Rights

The Union hereby recognizes and acknowledges that jobsite discipline is the responsibility of the Employer. Except as otherwise provided herein, the Employer shall have the right to hire, fire, suspend or discipline for just cause, direct the working force, and to manage its business in accordance with its best judgment.

In compliance with the International Masonry Institute Trust Agreement, it is understood that all Employers signatory to this Agreement either individually or through their membership in a contractor association shall be eligible to serve on the IMI Board of Trustees.

# ARTICLE IV

## Union Recognition, Union Security, Access

A.  **Union Recognition.** The Employer hereby recognizes and acknowledges that the Union is the exclusive representative of all of its employees in the classifications of work falling within the jurisdiction of the Union, as defined in Article II of this Agreement, for the purpose of collective bargaining.

B.  **Union Security.** No later than eight (8) days following the effective date of this Agreement, all present employees working under the terms of this Agreement must, as a condition of continued employment, be or become members of the Union; all employees hired after the effective date of this Agreement shall be or become and remain members of the Local Union no later than eight (8) days following the first day of their employment in accordance with the provisions of Section 8 of the National Labor Relations Act, as amended. Failure of any employee to comply with the provisions of this Article shall, upon request of the applicable Local Union, result in the termination of such employee. The Employer shall not be obligated to dismiss an employee for non-membership in the Local Union: (a) if he/she has reasonable grounds for believing that such membership was not available on the same terms and conditions generally applicable to other members, or (b) if he/she has reasonable grounds for believing that such membership was denied or terminated for reasons other than the failure of the employee to tender the periodic dues and initiation fees uniformly required as a condition of acquiring or retaining membership. This clause shall not be effective in those states prohibiting such Union Security, provided, however, that where an Agency Shop is lawful in such State, conformity therewith shall be a condition of employment in accordance with the conditions set forth in Section 8 of the National Labor Relations Act, as amended.

C.  **Union Access to Job.** International Union Representatives and the Business Manager and/or other representatives of the Local Union having jurisdiction over the jobsite shall have access to the Employer's jobsites at reasonable times in compliance with any reasonable rules and regulations adopted by the owner to ensure that the provisions of this Agreement are observed, provided, however, that such representatives shall not unduly interfere with the job progress.

# ARTICLE V

## Company Field Employees, Local Employment Preference

A.  It is understood by the International Union that the Employer desires to maintain a permanent workforce of steady employees, who shall be defined for purposes of this Agreement as "company field employees", including apprentices, hired with the expectation that they shall be employed by the Employer on a continuous basis to the extent that work is available both within the area covered by the Local Union where the Employer maintains an office as well as on projects throughout the United States and Canada.

B.  It is agreed that the Employer shall, in addition to those company field employees described in Section A of this Article, give hiring preference when starting a project to local employees, who shall be defined for purposes of this Agreement as employees residing and normally employed in the territorial jurisdiction of the Local Union in which the jobsite is located. Such local employees must be skilled in the type of masonry work to be done by the Employer on the project before they can be referred for employment.

C.  The Employer agrees that within thirty (30) days from their execution of this Agreement he/she will furnish the International Union with a signed statement listing its company field employees by normal craft assignment, specifying their most recent date of hire. The Employer further agrees that after the filing of this initial listing in order for any additional employee in its workforce to be designated as a company field employee such employee must have been steadily employed by the Employer for a minimum of six continuous months. The Employer shall notify, in writing, the International Union of any additions to or deletions from this list within thirty (30) days of such change.

D.  Any charges of violation of this Article shall be processed in accordance with the procedure for handling grievances as described in Article XII of this Agreement.

## ARTICLE VI

### Pre-Job Conferences, Hiring, Stewards, Apprentices

The Employer shall notify the Business Manager of the Local Union having jobsite jurisdiction within forty eight (48) hours of being awarded a contract for a project located within the area covered by the Local Union.

A.  The Employer shall contact the Business Manager of the Local Union in the area where the job is located and schedule a pre-job meeting, or, if appropriate, a telephone conference, to be held at least seventy-two (72) hours prior to commencing work to discuss labor requirements for the project. The Employer agrees to hold a pre-job conference with the Local Union Business Manager or other authorized representative in accordance with the aforementioned time period for all projects which will require a workforce of more than ten (10) employees. If the Employer has difficulty in contacting the representative of the Local Union, the Employer shall send a telegram outlining the labor required for the project to the office of the Local Union at least forty-eight (48) hours prior to beginning any work on the project. Any charges of violation of this Article shall be processed in accordance with the procedure for handling grievances as described in Article XII of this Agreement.

The Parties agree that one important element for successful masonry projects is a good constructive working relationship between the Employer and the local Business Manager. The local Business Manager is recognized as the key individual to be contacted for a meeting with the Employer before a project is started so that all potential labor or scheduling difficulties on a job can be resolved before work begins.

4

B.  **Hiring**

   1.  The Employer agrees that a fair percentage of local employees from the craft having jurisdiction over the work to be performed will be hired, if available, when the project is started. In addition, the Union agrees that the Employer shall be permitted to assign a reasonable number of company field employees, including a foreman, to each project. Where there is in effect in any locality a Local Union hiring hall or referral system, the hiring of local employees shall be in accordance with such system. To the extent consistent with such a system, the Employer may request by name, specific individuals who have previously worked for the Employer who will be referred, if available. In areas where there is no hiring hall or referral system in effect, the Employer agrees to give preference to persons residing or normally employed in the geographic area covered by the jobsite Local Union.

   2.  The parties agree that if the jobsite Local Union is unable within forty-eight hours of a request, excluding weekends and holidays, to refer the skilled employees required for the project, then the Employer is free to secure the additional employees necessary to complete the project. The Union agrees whenever requested, to assist the Employer in securing the craftworkers required to meet the specific project manpower needs. The Employer shall be permitted to assign more company field employees or recruit additional skilled employees from other areas for the project if the jobsite Local Union cannot provide the required number of local employees. The parties further agree that when the project nears completion or encounters interruptions in employment, layoffs shall be in reverse order to hirings with the last employee hired to be the first employee laid off except when special skills are required to finish the project.

   3.  It is understood that the Employer shall have the right to determine the competency and qualifications of applicants referred by the Local Union. The selection of applicants for referral to jobs shall not be based on, or in any way affected by, union membership, bylaws, rules, regulations, constitutional provisions or any other aspect or obligation of union membership, policies or requirements. Nor shall the selection or hiring of such employees be based on or in any way effected by race, creed, color, sex, age or national origin.

   4.  The Employer shall hire a steward appointed by the Business Manager of the jobsite Local Union on all jobs. The steward shall be a working employee, shall be hired when masonry work commences, and shall, when appropriate, be granted reasonable time to conduct union business.

C.  **Apprentices.** In order to train sufficient skilled mechanics for the needs of the masonry industry, the necessity for employment of apprentices and/or apprentice improvers is recognized and encouraged by the parties to this Agreement. The Employer agrees to hire an apprentice, if available, from the jobsite Local Union for each apprentice the Employer brings to the jobsite as a company field employee. It is agreed that the Employer shall abide by the National Apprenticeship Standards developed for masonry craft training.

5

## ARTICLE VII

### Local Agreements

A.    Whenever the Employer participates directly in local negotiations, he/she shall be affected by the events which occur during that process including any economic action and he/she shall be bound to the terms of any agreement that is consummated from such negotiations, which are not in conflict with the provisions of this Agreement.

B.    Whenever the Employer works in an area where he/she does not participate directly in local negotiations, the following procedure will apply:

1.    Prior to the commencement of work in an area where wages, benefit contributions and working conditions have been negotiated through bona fide collective bargaining, the Employer will be presented with such evidence by the Local Union and the Employer will abide by the wages, benefit contributions, and working conditions set forth in such agreement which are not in conflict with this Agreement.

a.    Where the local agreement specifies that a portion of the total wage package is to be paid in the form of contributions to a trust or trusts which meet the requirements of Section 302 of the Labor Management Relations Act of 1947, as amended, 29 USC 186, the Employer will be bound by the terms, conditions and provisions of the trust agreements (copies of which will be available to the Employer upon request); and to make the contributions called for by said agreements except as specified in paragraph b below, at the rate and in the manner specified therein; to irrevocably designate as its representatives on the board of trustees of such trusts such trustees as are named in said agreements as employer-trustees, together with their successors selected in the manner provided in said agreements; and to be bound by all actions which are not in conflict with the terms of this Agreement taken by said trustees pursuant to the said agreements.

b.    When the Employer assigns company field employees or, in order to meet project manpower needs, is required to recruit employees who normally reside or work outside the jurisdiction of the jobsite Local Union or any District Council to which the Local Union may be affiliated, the Employer shall pay all contributions to health and welfare and pension plans into the home trust funds designated by such employees at the applicable home trust fund rates. In these same circumstances, the Employer shall pay any annuity contribution and/or vacation deduction called for in the jobsite agreement to the home trust funds designated by such employees or in the event there is no home annuity and/or vacation fund to the IPF Retirement Savings Plan and/or the International Vacation Fund.

(i)    Wages for company field employees and any recruited employees shall be paid in accordance with the jobsite agreement. If the contributions specified in the previous paragraph to the applicable home trusts for such company field and recruited employees are less than the health and welfare and pension contributions called for in the jobsite agreement then the Employer shall pay the difference to the Bricklayer and Trowel Trades International Retirement Savings Plan. The Employer agrees to be bound by the terms, conditions, and provisions of the IPF Trust Agreement covering the Retirement Savings Plan (copies of which will be available to the Employer

6

upon request), to make the contributions to this Fund in the manner specified, to irrevocably designate as its representative on the board of trustees such trustees as are named in said Agreement as employer trustees, together with their successors selected in the manner provided in such Agreement, and to be bound by all actions taken by said trustees pursuant to the said Agreement which are not in conflict with the terms of this Agreement.

(ii) If the Employer pays a higher taxable wage rate to either company field employees or recruited employees than the wage rate specified in the jobsite agreement then that higher wage rate shall become the applicable wage rate for all covered journeyperson employees on that jobsite for the duration of the project.

(iii) Each company field or recruited employee shall file with the Employer a statement on a form prepared by the International Union designating his/her home trust funds. All other contributions called for by the jobsite Local Union agreement are to be paid in accordance with that agreement.

(iv) The Employer agrees to be bound by the terms, conditions, and provisions of such home trust fund agreements (copies of which will be available to the Employer upon request), and to make the contributions called for to said funds at the rate and in the manner specified; to irrevocably designate as its representatives on the board of trustees of such trusts such trustees as are named in said agreements as employer trustees, together with their successors selected in the manner provided in said agreements; and to be bound by all actions which are not in conflict with the terms of this Agreement taken by said trustees pursuant to the said agreements.

(v) The Employer agrees to furnish upon request of either the Union or the jobsite Local Union, verification of the payments of said contributions to home health and welfare, pension, annuity, vacation plans and the IPF Retirement Savings Plan. The Union and applicable trust funds shall have the right to audit the Employer's records to determine that the proper wage rate and fund contributions have been made in accordance with the terms of this Agreement.

c. The Employer agrees to sign, upon the request of the Business Manager of the jobsite Local Union, the standard BAC Assent of Participation covering the area benefit contributions.

d. Nothing contained in the paragraphs above is intended to require the Employer to become signatory to a local collective bargaining agreement, nor is any signatory Employer required to assign his/her bargaining rights or become a member of any local employer group or local association as a condition for making such contributions.

2. After the Employer's operation has commenced in any such area, no subsequent change in the wages, benefit contributions or working conditions in such area will become effective insofar as the Employer is concerned, except to the extent that any such changes in wages, benefit contributions or working conditions have been agreed upon in negotiations between the Local Union having jurisdiction over the area and a recognized bargaining group of contractors in such area and are not in conflict with the terms of this Agreement. The Employer agrees to accept the new wage rates, benefit contributions and working conditions so agreed upon and pay the applicable rates retroactively to either the effective date so agreed upon, or to the termination date of the

previous agreement, if earlier, which was in effect at the commencement of the Employer's operations in such area. Pending execution of such local agreement, there shall be no stoppage of work on the Employer's project by the Local Union or any lockout by the Employer by reason of any dispute over wages, benefit contributions or working conditions which may occur between the Local Union and contractors other than the Employer.

   3. Prior to the commencement of work in any area where no wages, benefit contributions and working conditions have been established, the Business Manager of the jobsite Local Union and the Employer will negotiate the wages, benefit contributions and appropriate working conditions which shall be put in written form jointly signed and forwarded to the office of the International Union.

C. It is mutually agreed that whenever the Employer performs work within an area or the jurisdiction of a Local Union where more than one BAC collective bargaining agreement or craft wage and benefit rate is in effect, the Employer and Business Manager or Managers of the Local Union or Unions involved will meet to determine which local wage and benefit rate, agreement or agreements shall be applicable for that project. In the event that they fail to reach an agreement on that determination, the unresolved questions regarding the proper jurisdiction on the project will be referred to the International Union for determination after consultation with representatives of the Employer and Local Union or Unions.

   1. In the interest of efficiency and competitiveness, any incidental craft work assignments required by the Employer to complete a project shall be performed under the terms of the agreement in effect covering the majority of the masonry work on the project.

   2. Whenever the Employer assigns local employees to work under such an applicable agreement who normally work under the terms of another BAC craft agreement in that locality, the Employer shall pay the governing agreement's gross rate of pay to such employees less the benefit fund contributions which shall be paid in accordance with the terms of the agreement under which said employees normally work.

D. When the Employer works under a collective bargaining agreement calling for contributions to local industry, promotion or training programs but which does not provide for contributions to the International Masonry Institute, the Employer shall, in lieu of such local contribution or contributions, make a contribution to the International Masonry Institute in an amount equal to the industry, promotion and/or training contributions called for in the local agreement.

## ARTICLE VIII

### Wages, Benefit Contributions, Working Conditions

A. Wages, benefit contributions, apprentice ratios and working conditions will be paid and implemented as prescribed in the appropriate local agreement as provided in Article VII "Local Agreements" except as may be modified by the provisions of this Article.

8

B. The Union and the Employer agree that a major objective of this Agreement is to increase the employment opportunities for the membership of the Union and to encourage signatory Employers to bid and negotiate for more masonry projects in order to expand the amount of masonry work being done under the terms of collective bargaining agreements. The Union and the Employer agree to aggressively work together with the greatest degree of cooperation possible to achieve these goals. The Union and the Employer, through cooperative efforts, agree to discourage project delays, loss of wages, and impediments to job site progress which could result in lost employment opportunities.

C. In order to further these principles the Union and Employer agree to the following uniform working conditions.

1. **Shifts.** Shift work may be performed at the option of the Employer, but when performed it must continue for a period of not less than five consecutive work days. Saturday and Sunday, if worked, can be used for establishing the five day minimum shift work period. The straight time work week shall be considered to start with the day shift on Monday, unless the applicable local agreement calls for a 12:01 am Monday shift start, and end with the conclusion of the second or third shift on the fifth day. In the event the second or third shift of any regular work day shall extend into a holiday, employees shall be paid at the regular shift rate.

a. The first shift shall be the regular day shift insofar as computing wage payments is concerned, and the first day shift shall work a regular eight hour shift, with a one half-hour unpaid lunch period midway through the shift.

b. If two work shifts are established, the second shift shall consist of seven and one half hours of continuous work, with a one half-hour unpaid lunch period midway through the shift. Employees working on the second shift shall receive eight hours times the basic straight time rate plus $.25 for each of those eight hours.

c. If three work shifts are established, the third shift shall consist of seven hours of continuous work, plus one half hour unpaid lunch period midway through the shift. Employees working on the third shift shall receive eight hours times the basic straight time rate plus $.50 for each of those eight hours.

d. Time worked in excess of seven and one half hours on the second shift and seven hours on the third shift shall be paid at the appropriate overtime rate.

e. In computing overtime pay on shift work, the overtime rate of pay shall be based upon the wage rate established for the shift involved less the shift differentials.

2. **Pay Day.** Pay day shall be in accordance with the provisions of the jobsite local agreement. If the local agreement does not establish such rules then pay day shall be once each week no later than the fifth working day following the end of the Employer's weekly payroll period. Employees are to be paid at the option of the Employer in cash or negotiable payroll check, provided that the Employer makes arrangements for cashing such checks with a designated local bank. Employees shall be

given their pay at their workstation at least one hour before quitting time. When employees are laid off or discharged, they shall be immediately paid all wages due.

3. **Holidays.** Holidays are to be observed in accordance with the schedule adopted by the jobsite local union or building trades council. If no such rules have been established then the holidays in the United States will be New Year's Day, Memorial Day, Fourth of July, Labor Day, Thanksgiving and Christmas while in Canada, the holidays will be New Year's Day, Good Friday, Victoria Day (or Birthday of the Reigning Sovereign), Canada Day, Civic Holiday, Labour Day, Thanksgiving Day, Christmas Day and Boxing Day.

4. **Travel and Subsistence.** Normally a Local Union will provide the necessary workforce for all projects throughout its territory and no travel pay will be paid. In certain geographic areas involving long distances between project jobsites and employee residences, travel pay will be established before the work commences by the Employer and Local Union on a "per-job" basis. Employees referred to jobs shall report to a location designated by the Employer. When requested to stay away from home overnight, the employee shall be reimbursed for meals and lodging at reasonable rates to be established before the work commences by the Employer and Local Union on a "per-job" basis.

D. In order to provide further flexibility when required, the parties to the Agreement agree:

1. To cooperate in meeting conditions peculiar to a job or project on which the Employer may be bidding, negotiating, or have under contract. They will at all times meet and confer respecting any questions or misunderstanding that may arise under the performance of this Agreement.

2. That whenever the Employer is bidding or negotiating for a masonry project where competing work forces are determined to be the likely contractor for the project, the Union will meet with the Employer to consider, after consultation with the job site Local Union, special conditions for that project which may be necessary to secure the work opportunities on that project for signatory Employers and employees represented by the Union.

3. That the Union will consider, after consultation with the job site Local Union, special conditions of employment and rates of wages and contributions on projects which require the Employer to cover and heat all or major portions of a masonry project in order to provide full-time continuous employment for employees represented by the Union.

4. That the special conditions the Union will consider approving, after consultation with the job site Local Union, for a specific project or for an area in order to provide efficient and effective alternatives to non-union competition will include make up day on Saturday for time lost because of inclement weather, time and a half for overtime Monday through Saturday, eight hour work days and a ten hour four day work week schedule.

5. That any special conditions of employment or wage and contribution rates granted under the provisions of this Agreement for a specific project or geographic area will be available to any and all other Employers signatory to this Special

International Masonry Industry Agreement for that project or geographic area upon their request.

    E.    **President's Committee.**

        1.    To facilitate the implementation of special conditions of employment mentioned in the paragraphs above the parties agree that there shall be established a "President's Committee" consisting of the President of the Union, the President of the Council and the Impartial Umpire provided for in the International Masonry Institute Dispute Settlement Plan. The President of the Union and the President of the Council may appoint alternates to themselves to serve on this Committee. The President's Committee will determine when and how special conditions of employment are to be considered and implemented. The President's Committee may upon written request, review and when determined necessary, suspend a provision or provisions of this agreement relating to starting times or work schedules when such provisions are found to be inconsistent with the schedule required by an owner or general contractor that has been agreed to by other building trades crafts working on the project. Decisions of the President's Committee pertaining to special conditions shall be final and binding upon all parties to this Agreement.

        2.    The President's Committee shall also be charged with promoting an understanding of the needs of the Union and the Employers in the implementation of this Agreement, and to respond to any questions raised regarding the meaning and intent of this Agreement. All decisions of the President's Committee, which address or clarify the meaning and intent of this Agreement, shall be immediately distributed to signatory Employers by the Council and to Local Unions by the Union, with the understanding that any actions required by such decision will be promptly implemented. Except as provided in Article VIII, Section E, Paragraph 1, decisions of the President's Committee can only be made to resolve questions or disputes regarding the meaning or intent of specific provisions of this Agreement and cannot be made to add to, omit from or alter the provisions of this Agreement.

### ARTICLE IX

### International Masonry Institute
### Disputes Settlement Plan

The Union, the Council and the signatory Employers agree to recognize, be bound by and support the International Masonry Institute's Disputes Settlement Plan.

The Plan continues a relationship between labor and management in the masonry industry establishing procedures to improve collective bargaining between the parties in various labor agreements in the industry, to provide joint procedures for the mediation and conciliation of disputes in the negotiations of collective bargaining agreements, and to provide for final resolution of disputes over terms of collectively bargained agreements. Executed copies of the Plan are available upon request to parties signatory to this Agreement.

## ARTICLE X

### Bonding

Prior to commencing any work covered by this Agreement, the Employer shall obtain a bond in the amount of $25,000, (twenty-five thousand dollars) or such greater amount as required by applicable local collective bargaining agreements, with a duly qualified bonding company in a form approved by the International Union, to secure payment of wages, benefit contributions, and other sums due under this Agreement.

## ARTICLE XI

### Dues Check-Off

The Employer shall deduct from the wages of each employee who has signed a check-off authorization form conforming to federal law, and transmit monthly to the applicable Local Union (or to any agency designated by said Local Union for the collection of said money), the sum for each hour paid which the Local Union has specified, or specifies from time to time and so advises the Employer in writing, as the portion of said employee's union dues to said Local Union, to the International Union, or to any other affiliate of the International Union, subject to check-off. The sums transmitted shall be accompanied by a statement, in a form specified by the Local Union, reporting the name of each person whose dues are being paid and the number of hours each employee has been paid.

## ARTICLE XII

### Grievance Procedure

A.  It is specifically agreed that any controversy arising during the effective period of this Agreement involving the application or interpretation of any of its terms and conditions, other than a jurisdictional dispute over the assignment of work, shall be settled in accordance with the grievance procedure set forth in this Article. No grievance shall be recognized unless it is called to the attention of the Employer by the Union or Local Union or to the attention of the Union or Local Union by the Employer within five working days after the alleged violation is committed or should reasonably have been discovered.

B.  A grievance shall be resolved in accordance with the following procedures:

Step 1. The grievance shall be referred to the jobsite Local Union steward and to the Employer's representative at the jobsite for settlement.

Step 2. If the grievance cannot be settled within twenty-four hours pursuant to Step 1 of this procedure, the grievance shall be referred on the following working day to the applicable Local Union Business Manager and to the Employer's representative.

Step 3. If the grievance cannot be settled pursuant to Step 2 of this procedure within three working days, excluding weekends and holidays, the grievance shall be submitted within two working days to the International Union which shall attempt to resolve the matter with the Employer.

Step 4. If the matter is not resolved by the International Union and the Employer, the dispute will be submitted to the International Masonry Institute's Dispute Settlement Plan for resolution under the Plan's operating procedures referred to in Article IX of this Agreement. The decision reached in accordance with the Plan's procedures shall be binding upon all parties.

C. The time limits specified in any step of the Grievance Procedure may be extended by mutual agreement of the parties, initiated by a written request of one party to the other, at the appropriate step of the Grievance Procedure. Failure to file or process a grievance within the time limits provided shall be deemed a waiver of such grievance without prejudice, but shall create no precedent in the processing of and/or resolution of like or similar grievances or disputes.

D. In order to encourage the resolution of disputes and grievances at Steps 1 and 2 of Section B of this Grievance Procedure, the parties agree that such settlement shall not be precedent-setting.

E. When a settlement has been reached at any step of this Grievance Procedure, such a settlement shall be final and binding on all parties.

F. It is expressly understood by the parties hereto that the procedure for adjustment of grievances set out in this Article is exclusive and supersedes any other plan, method or procedure.

## ARTICLE XIII

### Subcontracting

A. All subletting, assigning or transferring by the Employer of any work in connection with employment covered by this Agreement must be subcontracted, assigned or transferred to a person, firm or corporation which recognizes the Bricklayers and Allied Craftworkers or one of its Local Unions as the collective bargaining representative of its employees and agrees that all such work shall be done under the terms of this Agreement. A violation of this provision will be deemed a breach of this Agreement.

B. All charges of violations of this Article shall be considered as a dispute, and shall be processed in accordance with the provisions of Article XII of this Agreement covering the procedure for handling of grievances, and the final and binding resolution of disputes.

# ARTICLE XIV

## Preservation of Work

In order to protect and preserve, for the employees covered by this Agreement, all work heretofore performed by them, to protect the benefits to which employees are entitled under this Agreement, and to prevent any device or subterfuge to avoid the protection and preservation of such work and benefits, it is hereby agreed as follows: If and when the Employer shall perform any work of the type covered by this Agreement at any Construction site (1) under its own name, or (ii) under the name of another entity (whether a corporation, company, partnership, or any other business entity including a joint venture wherein the Employer, including its officers, or partners exercises either directly or indirectly (such as through family members) any significant degree of ownership, management or control, the terms and conditions of this Agreement shall be applicable to all such work.

A.    A charge of violation of this Article may be filed by the Union and/or the trustees of any of the joint trust funds provided for in this Agreement, and shall be considered as a dispute under this Agreement and shall be processed in accordance with the procedures for the handling of grievances and the final binding resolution of disputes as provided in Article XII of this Agreement. As a remedy for violations of this Article, the Umpire provided for in Article XII is empowered, at the request of the Union and/or the trustees of the joint trust funds, to require an Employer to (a) pay to affected employees covered by this Agreement, including registered applicants for employment, the equivalent of wages lost by such employees as a result of the violations, and (b) pay into the affected contributory funds established under this Agreement or any applicable local agreement, any delinquent contributions to such funds which have resulted from the violations. Provision for this remedy herein does not make such remedy the exclusive remedy available to the Union for violation of the Article, nor does it make the same or other remedies unavailable to the Union for violation of other sections or other articles of this Agreement.  However, the Union expressly agrees that it will not engage in strikes, picketing or other economic actions to enforce the provisions of this Article.

B.    If, as a result of violations of this Article, it is necessary for the Union and/or the trustees of the joint trust funds to institute court action to enforce an award rendered in accordance with Section A above, or to defend an action which seeks to vacate such award, the Employer shall pay any accountants' and attorneys' fees incurred by the Union and/or fund trustees, plus costs of the litigation, which have resulted from the bringing of such court action.

# ARTICLE XV

## No Strike, No Lockout

A.    It is understood and mutually agreed that there shall be no strikes or lockouts over a dispute concerning this Agreement during its term until the grievance procedures described in Article XII have been exhausted and then only in the event a party fails or refuses to abide by a final decision. This Article shall not apply in those cases where the Employer fails or refuses to make in whole or in part any payments required under this

14

Agreement including all wages, local union fringe benefits or other contributions that have been established through bona fide collective bargaining.

B.  There shall be no stoppage of work on the Employer's project by the Union, or any lockout by the Employer by reason of any dispute which may occur between a Local Union and a contractor or area contractors other than the Employer, provided that refusal by any employee to pass through a lawfully permitted picket line will not constitute a violation of this Agreement.

## ARTICLE XVI

### Savings Clause

If any provision of this Agreement shall violate any applicable statute or is held invalid by any court or governmental agency having jurisdiction, then such provision shall be void in the jurisdiction of such court or agency and the Employer and the International Union agree that upon a ruling of invalidity they will renegotiate immediately to replace the voided provision with one that incorporates the substance of the voided provision to the extent allowable under the law; such ruling of invalidity shall not affect the validity of the remainder of this Agreement. Where a money item is involved and no substitute is possible, it is agreed that the benefit originally provided shall be replaced with one of equal worth.

## ARTICLE XVII

### Safety

The Union and the Employer agree that safety of the workplace is of paramount importance and the Employer, the Union and Local Union agree to abide by all appropriate federal, state, provincial and local safety laws and regulations and any and all safety regulations established by an owner or his/her representative at a particular jobsite.

## ARTICLE XVIII

### General Understanding

This Agreement constitutes the entire agreement between the parties, and any local or area collective bargaining agreement which may be in conflict with the provisions contained in this Agreement shall be subordinated to this Agreement. Except for local agreements for which the Employer participates in local negotiations, the terms and conditions set forth in local area agreements will be binding on the Employer only so long as this Agreement and any of its successors continue to bind the Employer, provided that such terms and conditions including the no strike, no lockout clause will remain in effect on any on-going project begun under this Agreement until either the project is completed or the jobsite local area agreement is no longer in effect.

The Employer agrees that if it has not previously done so, it will, upon the Union's submission of evidence of majority status among its employees in the bargaining unit described herein, voluntarily recognize the Union as the exclusive representative as defined in Section 9(a) of the National Labor Relations Act, as amended, of all employees within that bargaining unit on all present and future jobsites within the jurisdiction of the Union. The Employer expressly agrees that it will not condition its recognition upon the results of an election conducted under the rules and regulations of the National Labor Relations Board.

We the undersigned Employer hereby become signatory to this Special International Masonry Industry Agreement and agree to abide by the full terms and conditions of this Agreement as noted and modified effective as of this date.

Signed on this __25__ day of __September__, 20 __01__

Atkins Weatherproofing Inc.
Name of Company

By: Frank Atkins

~~Vice President~~
Title

311 Park Central East
Street Address

Springfield MO 65806
City, State or Province

417 869 1011
Telephone Number

International Union of
Bricklayers and Allied
Craftworkers

DATE: 1-11-02

Names and address of all subsidiaries and corporate related firms, companies and/or corporations.