UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br>　　　　　Plaintiffs, <br><br>　　　　　v. <br><br> ATKINS WEATHERPROOFING, INC. <br><br>　　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1750 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On September 16, 2005, service of the Summons and Complaint in this action was made by U.S. Postal Service Express Mail upon Atkins Weatherproofing, Inc., by delivering said documents at 518 N Prince Lane, Springfield MO 65802 to Frank Atkins, President, and authorized to accept service on behalf of Atkins Weatherproofing, Inc.

3. Proof of such service and the acceptance thereof is provided by the Acknowledgment of Receipt of Summons and Complaint form, executed by Frank Atkins, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2005

Claudette M. Elmes