**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATKINS WEATHERPROOFING, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1750 (ESH) <br> ) <br> ) Notice and Acknowledgment of <br> ) Receipt of Summons and Complaint <br> ) <br> ) |

## NOTICE

To: Atkins Weatherproofing, Inc., 518 N Prince Lane, Springfield, MO 65802.

Pursuant to Federal Rule of Civil Procedure 4(e)(1), which authorizes service of process "pursuant to the law of the state in which the district court is located," an original Summons, addressed to Atkins Weatherproofing, Inc., and a Complaint have been served upon you in accordance with Rule 4(c)(2)(C)(2)(i) of the Rules of Civil Procedure of the Superior Court of the District of Columbia.

You must sign and date the Acknowledgment. You have been served on behalf of a corporation. Therefore, we have indicated your authority under your signature block.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving the Summons and Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the Complaint within twenty (20) days after

you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken for the relief demanded in the Complaint.

This Notice and Acknowledgment of Receipt of Summons and Complaint was sent by U.S. Postal Services Express Mail on _September 16_, 2005.

_9-15-05_  By: _[signature]_
Date of Signature   Ira R. Mitzner, DC Bar No. 184564
   DICKSTEIN SHAPIRO MORIN
   & OSHINSKY LLP

   Attorneys for Plaintiffs
   John Flynn, *et al.*


ACKNOWLEDGMENT OF RECEIPT
OF SUMMONS AND COMPLAINT

I received an original Summons addressed to Atkins Weatherproofing, Inc. and a copy of the Complaint in the above-captioned matter at Atkins Weatherproofing, Inc., 518 N Prince Lane, Springfield MO 65802 and accept service on behalf of Atkins Weatherproofing, Inc.

_10-04-05_  By: _[signature]_
Date of Signature   Frank Atkins, Vice President
   ATKINS WEATHERPROOFING, INC.