IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |
| vs. | )  Case No. 1:05CV01750 |
| | ) |
| ATKINS WEATHERPROOFING, INC. | ) |
| | ) |
|        Defendant. | ) |

## ANSWER

Defendant Atkins Weatherproofing, Inc., by and through its counsel of record, hereby responds to the Complaint filed in this Case by Plaintiffs, as follows:

## CAUSE OF ACTION

### Jurisdiction and Venue

1. Admitted.

2. Admitted.

3. Admitted.

### Parties

4. Defendant is without information sufficient to form a belief as to the truth of the allegations contained within the first sentence of Paragraph 4 of the Complaint and, therefore, denies same. Responding to the second sentence of Paragraph 4 of the Complaint, Defendant admits the allegation contained therein. Responding to the third sentence of Paragraph 4 of the Complaint, Defendant is without information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies same.

5. Defendant is without information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies same.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

## Violation Charged

10. Admitted.

11. Admitted.

12. Defendant admits it is aware of its obligations set forth in the Agreements attached to the Complaint as Exhibits A and B.

13. Defendant admits that the accounting firm of H.G. (Gus) Sand & Associates conducted audit of its payroll records covering the time period of January 2002 through May 2004. Further responding to Paragraph 13, Defendant denies the remaining allegations contained therein.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

## General Denial

1. Defendant denies all allegations contained in the Complaint, unless specifically otherwise admitted herein.

## Affirmative Defenses

1.   Defendant reserves the right to add and assert affirmative defenses as discovery in this case continues.

Respectfully submitted,

/s/
Christopher C. S. Manning
District of Columbia Bar No. 471315
MANNING & SOSSAMON PLLC
1532 Sixteenth Street NW
Washington, D.C. 20036
(202) 387-2228 (Telephone)
(202) 387-2229 (Telecopier)
cmanning@manning-sossamon.com

OF COUNSEL:

Jay Dade
Missouri Bar No. 41600
SHUGHART THOMSON & KILROY, P.C.
901 St. Louis, Ste. 1200
Springfield, Missouri 65806
(417) 869-3353 (Telephone)
(417) 869-9943 (Telecopier)
jdade@stklaw.com
(*Pro Hac Vice* pending)

1802106.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Answer was served upon the following individual, to wit:

>Ira R. Mitzner
>Dickstein Shapiro Morin & Oshinsky LLP
>2101 L Street NW
>Washington, D.C. 20037-1526
>
>ATTORNEYS FOR PLAINTIFFS

through the court's electronic case filing system this 24th day of October , 2005.


>/s/ *Christopher C. S. Manning*
>Christopher C. S. Manning

1802106.1