**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN FLYNN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )   Case No. 1:05CV01750 |
| | ) |
| **ATKINS WEATHERPROOFING, INC.** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO APPEAR PRO HAC VICE**

Jay Dade, counsel for Defendant Atkins Weatherproofing, Inc. hereby files this Motion to Appear Pro Hac Vice in this matter. Attached is the Declaration required by Local Rule 83.2(d).

Respectfully submitted,

/s/
Jay Dade
SHUGHART THOMSON & KILROY, P.C.
901 St. Louis, Ste. 1200
Springfield, Missouri 65806
(417) 869-3353 (Telephone)
(417) 869-9943 (Telecopier)

/s/
Christopher C. S. Manning
Member of Bar of this Court
District of Columbia Bar No. 471315
MANNING & SOSSAMON PLLC
1532 Sixteenth Street NW
Washington, D.C. 20036
(202) 387-2228 (Telephone)
(202) 387-2229 (Telecopier)
cmanning@manning-sossamon.com

1

1802106.1

## **DECLARATION**

(1) <u>Full Name:</u>  Jay Michael Dade

(2) <u>Office Address and Phone Number</u>:

    SHUGHART THOMSON & KILROY, P.C.
    901 St. Louis, Ste. 1200
    Springfield, Missouri  65806
    (417) 869-3353 (Telephone)
    (417) 869-9943 (Telecopier)

(3) <u>Bar Admissions</u>:  Missouri 1993, United States District Court for the Western District of Missouri 1993

(4) I have not been disciplined by any Bar.

(5) I have never applied for admission Pro Hac Vice to this Court before.

(6) I do not engage in the practice of law from an office in the District of Columbia, I am not a member of the District of Columbia Bar and I do not have an application pending for application to the District of Columbia Bar.

                        /s/
                Jay Dade
                SHUGHART THOMSON & KILROY, P.C.
                901 St. Louis, Ste. 1200
                Springfield, Missouri  65806
                (417) 869-3353 (Telephone)
                (417) 869-9943 (Telecopier)

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served upon the following individual, to wit:

> Ira R. Mitzner
> Dickstein Shapiro Morin & Oshinsky LLP
> 2101 L Street NW
> Washington, D.C. 20037-1526
>
> ATTORNEYS FOR PLAINTIFFS

through the court's electronic case filing system this 24th day of October , 2005.

                                        /s/ *Christopher C. S. Manning*
                                        Christopher C. S. Manning

1802106.1