IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| ATKINS WEATHERPROOFING, INC., | ) Case No. 1:CV 05-1750 |
|  | ) Hon. Ellen Segal Huvelle |
| Defendant. | ) |

**JOINT STATEMENT OF THE CASE,
STATUTORY BASIS FOR ALL CAUSES OF ACTION AND DEFENSES
AND REPORT UNDER LOCAL CIVIL RULE 16.3**

Joint Statement of the Case

This is an action brought by the fiduciaries of the Bricklayers and Trowel Trades International Pension Fund ("IPF"), an employee benefit plan administered in the District of Columbia, to collect employer delinquencies allegedly determined by an audit of the books and records of Atkins Weatherproofing, Inc., ("Defendant"). John Flynn, *et al*, ("Plaintiffs") allege that Defendant has not reported properly under the collective bargaining agreements to which it is bound. Plaintiffs assert that this action is brought pursuant to the provisions of Section 515 of the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. § 1145 ("ERISA") and under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185. Plaintiffs further assert that pursuant to Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1), jurisdiction and venue are therefore conferred in this Court. The IPF has brought this action on its own behalf and on behalf of the International Masonry Institute and the International Union of

Bricklayers and allied Craftworkers, pursuant to an assignment of claims. Defendant is a contractor conducting business in the State of Missouri. Defendant disputes the amounts claimed due by Plaintiffs as alleged in Plaintiffs' Complaint.

<u>Joint Report Under Local Rule 16.3</u>

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Plaintiffs and Defendants jointly submit the following report:

1. The parties believe that this case may be resolved by dispositive motion following limited discovery. The parties believe that any other party should be joined or the pleadings amended within 45 days after the issuance of the Court's scheduling order. The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed.

2. The parties do not wish to have this case referred to a Magistrate for all purposes.

3. The parties believe that there is a possibility that the case can be settled.

4. Counsel have discussed alternative dispute resolution with their clients and do not wish to participate in alternative dispute resolution procedures at this time.

5. The parties believe that the case may be resolved by summary judgment. The parties propose the following schedule: Dispositive motions should be filed by March 15, 2006; opposing memoranda should be filed by April 19, 2006; and reply briefs should be filed by June 7, 2006.

6. The parties wish to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

7. The parties believe that some discovery may be required. The parties desire until February 15, 2006 for the completion of discovery.

8. The parties do not anticipate the use of expert witnesses in this case. However, the parties reserve the right to name expert witnesses at a later date if need arises.

9. Not applicable.

10. The parties agree that the trial and discovery should not be bifurcated or managed in phases.

11. The parties agree that the date of the pretrial conference should be 30 days after dispositive motions are decided.

12. The parties agree that the Court should set a firm trial date at the pretrial conference.

13. The parties do not believe that there are other matters appropriate for inclusion in the scheduling order.

Dated: November 15, 2005

By:_____/s/_____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037-1526
T: (202) 828-2234
F: (202) 887-0689

Attorneys for Plaintiffs
John Flynn, *et al.*

3

Dated: November 15, 2005

By:_____/s/_____
Christopher C.S. Manning, DC Bar No. 471315
  MANNING & SOSSAMON PLLC
  1532 Sixteenth Street, NW
  Washington, DC  20036
  T: (202) 387-2228
  F: (202) 387-2229


By:_____/s/_____
Jay Dade, Missouri Bar No. 41600
  SHUGHART THOMPSON
  & KILROY, P.C.
  901 St. Louis, Suite 1200
  Springfield, MO  65806
  T: (417) 869-3353
  F: (417) 869-9943

Attorneys for Defendant
Atkins Weatherproofing, Inc.

DSMDB.2001930.1