IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1750 |
| ) | Hon. Ellen S. Huvelle |
| ATKINS WEATHERPROOFING, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Any other parties shall be joined or the pleadings amended within 45 days of the issuance of the Court's scheduling order. Discovery will be permitted until February 15, 2006. Dispositive motions shall be filed by March 15, 2006; memoranda in opposition shall be filed by April 19, 2006; and reply briefs shall be filed by June 7, 2006.

**SO ORDERED**, this _____ day of _____, _____.


_____
United States District Judge
Ellen S. Huvelle

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>ATKINS WEATHERPROOFING, INC.,<br><br>       Defendant. | Civil Action No. 05-1750<br>Judge: Ellen S. Huvelle |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, NW
    Washington, D.C. 20037-1526
    Telephone: (202) 828-2234
    Facsimile   (202) 887-0689

    Christopher C. S. Manning
    Manning & Sossamon PLLC
    1532 Sixteenth Street, NW
    Washington DC 20036
    Telephone: (202) 387-2228
    Facsimile:  (202) 387-2229