IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ATKINS WEATHERPROOFING, INC., )<br>)<br>Defendant. )<br>) | Case No. CV 05-1750 (ESH) |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), with the consent of Defendant, Atkins Weatherproofing, Inc., hereby move to modify the Scheduling Order in this matter as follows:

1. On November 22, 2005, the Court issued an Order setting February 15, 2006 as the deadline for the end of discovery, March 15, 2006 as the due date for Dispositive Motions, April 19, 2006 as the due date for Responses to Dispositive Motions and May 7, 2006 as the due date for Replies to Dispositive Motions. The Court's November 22, 2005 Order is attached hereto as Exhibit A.

2. The parties have discussed settlement and Plaintiffs have propounded very limited discovery (one interrogatory and one document request) which is still outstanding. With the Court's permission, the parties have agreed to extend the deadline for the end of discovery until February 28, 2006.

3. No other dates or deadlines in this case would be affected by the proposed extension.

4. No previous extensions of discovery or motions deadlines have been sought or granted in this case.

5. For the foregoing reasons, the Plaintiff therefore moves this Court for an order modifying the Scheduling Order in this case such that the deadline for the end of discovery be extended until February 28, 2006.

Dated: February __14__, 2006

Respectfully submitted,

By: _____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
 DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, N.W.
Washington, DC 20037-1526
(202) 828-2234

Attorneys for Plaintiffs
John Flynn, et al.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ATKINS WEATHERPROOFING, INC., )<br>)<br>Defendant. )<br>) | Case No. 1:05-1750 (ESH) |

## ORDER

Upon consideration of the Plaintiffs Consent Motion to Modify Scheduling Order and Incorporated Memorandum in Support thereof in this action, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby **ORDERED** that Plaintiffs' motion be, and it hereby is, **GRANTED,** and

**FURTHER ORDERED**, that February 15, 2006 is hereby set as the deadline for the end of discovery, March 15, 2006 as the due date for Dispositive Motions, April 19, 2006 as the due date for Responses to Dispositive Motions and May 7, 2006 as the due date for Replies to Dispositive Motions.

**SO ORDERED**, this _____ day of _____, 2006.

Ellen S. Huvelle
United States District Court Judge

DSMDB.2043300.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1750 (ESH) |
| | ) |
| ATKINS WEATHERPROOFING, INC., | ) |
| | ) |
| Defendant. | ) |

### LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, NW
    Washington, D.C. 20037-1526
    Telephone: (202) 828-2234
    Facsimile   (202) 887-0689

    Christopher C. S. Manning
    Manning & Sossamon PLLC
    1532 Sixteenth Street, NW
    Washington DC 20036
    Telephone: (202) 387-2228
    Facsimile:   (202) 387-2229