IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATKINS WEATHERPROOFING, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CV 05-1750 (ESH)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER
## AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), and Defendant, Atkins Weatherproofing, Inc., hereby jointly move to modify the Scheduling Order in this matter as follows:

1. On November 22, 2005, the Court issued an Order setting February 15, 2006 as the deadline for the end of discovery, March 15, 2006 as the due date for Dispositive Motions, April 19, 2006 as the due date for Responses to Dispositive Motions and May 7, 2006 as the due date for Replies to Dispositive Motions.

2. The parties are currently engaged in serious settlement discussions and believe that they may be able to resolve this matter. Accordingly, the parties seek to extend the due dates set forth in the Scheduling Order by 45 days.

3. The parties jointly move the Court to modify the Scheduling Order in this case such that (i) dispositive motions shall be due by May 1, 2006, (ii) dispositive motion oppositions shall be due by June 5 2006, and (iii) dispositive motion replies shall be due by June 22, 2005.

4. No other dates or deadlines in this case would be affected by the proposed extension.

5. At request of the Parties, the Court previously extended the deadline for completion of discovery from February 15, 2006 to February 28, 2006.

6. For the foregoing reasons, the Parties therefore move this Court for an order modifying the Scheduling Order in this case such that (i) dispositive motions shall be due by May 1, 2006, (ii) dispositive motion oppositions shall be due by June 5 2006, and (iii) dispositive motion replies shall be due by June 22, 2005.

Respectfully submitted,

Dated: March ___14___, 2006

By: _Ira R. Mitzner_____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
 DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
 2101 L Street, N.W.
 Washington, DC  20037-1526
 (202) 828-2234

Attorneys for Plaintiffs
John Flynn, *et al.*

2

Dated: March ___14___, 2005

By: _____
Christopher C.S. Manning, DC Bar No. 471315
MANNING & SOSSAMON PLLC
1532 Sixteenth Street, NW
Washington, DC 20036
T: (202) 387-2228
F: (202) 387-2229


By: _____
Jay Dade, Missouri Bar No. 41600
SHUGHART THOMPSON
& KILROY, P.C.
901 St. Louis, Suite 1200
Springfield, MO 65806
T: (417) 869-3353
F: (417) 869-9943

Attorneys for Defendant
Atkins Weatherproofing, Inc.

3