IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CV 05-1750 (ESH) |
| | ) |
| ATKINS WEATHERPROOFING, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER
## AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), and Defendant, Atkins Weatherproofing, Inc. ("Atkins"), hereby jointly move to modify the Scheduling Order in this matter as follows:

1. On March 15, 2006, the Court issued a Minute Order amending the Scheduling Order to set May 1, 2006 as the due date for dispositive motions, June 5, 2006 as the due date for oppositions to dispositive motions and June 22, 2006 as the due date for replies to dispositive motions.

2. The parties have been engaged in serious settlement discussions and believe that they may be able to resolve this matter in the upcoming weeks. Accordingly, the parties seek to extend the due dates set forth in the March 15, 2006 Scheduling Order by sixty (60) days.

3. The parties jointly seek to modify the Scheduling Order in this case such that (i) dispositive motions shall be due by June 30, 2006, (ii) oppositions to

dispositive motions shall be due by August 4, 2006, and (iii) replies to dispositive motions shall be due by August 21, 2006.

4. No other dates or deadlines in this case would be affected by the proposed extension.

5. Pursuant to the joint request of the Parties, the Court previously extended the deadline for completion of discovery from February 15, 2006 to February 28, 2006 and for dispositive motions from March 15, 2006 to May 1, 2006.

For the foregoing reasons, the Parties therefore move this Court for entry of an Order modifying the Scheduling Order in this case such that (i) dispositive motions shall be due by June 30, 2006, (ii) dispositive motion oppositions shall be due by August 4, 2006, and (iii) dispositive motion replies shall be due by August 21, 2006.

Respectfully submitted,

Dated: April 26, 2006

By: _Ira R. Mitzner_

Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
  DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street, N.W.
Washington, DC  20037-1526
(202) 828-2234

*Attorneys for Plaintiffs*
John Flynn, *et al.*

DSMDB.2076107.1

Dated: April 26, 2006

By: _Christy C.A. Manning_

Christopher C.S. Manning, DC Bar No. 471315
MANNING & SOSSAMON PLLC
1532 Sixteenth Street, NW
Washington, DC  20036
T: (202) 387-2228
F: (202) 387-2229

Jay Dade, Missouri Bar No. 41600
SHUGHART THOMPSON
& KILROY, P.C.
901 St. Louis, Suite 1200
Springfield, MO  65806
T: (417) 869-3353
F: (417) 869-9943

*Attorneys for Defendant*
Atkins Weatherproofing, Inc.

DSMDB.2076107.1