IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATKINS WEATHERPROOFING, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05-1750 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of the Parties' joint motion to Modify Scheduling Order and Incorporated Memorandum in Support thereof in this action, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby **ORDERED** that the joint motion be, and it hereby is, **GRANTED,** and

**FURTHER ORDERED**, that (i) dispositive motions shall be due by June 30, 2006, (ii) dispositive motion oppositions shall be due by August 4, 2006, and (iii) dispositive motion replies shall be due by August 21, 2006.

**SO ORDERED**, this _____ day of _____, 2006.

_____
Ellen S. Huvelle
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1750 (ESH) |
|  | ) |
| ATKINS WEATHERPROOFING, INC., | ) |
|  | ) |
| Defendant. | ) |

## **LOCAL RULE 7(K) STATEMENT**

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, D.C. 20037-1526
Telephone: (202) 828-2234
Facsimile  (202) 887-0689

Christopher C. S. Manning
Manning & Sossamon PLLC
1532 Sixteenth Street, NW
Washington DC 20036
Telephone: (202) 387-2228
Facsimile:  (202) 387-2229

Jay Michael Dade
Shughart Thomson & Kilroy, P.C.
901 St. Louis, Suite 1200
Springfield, MO 65806
Telephone: (417) 869-3353
Facsimile:  (417) 869-9943

DSMDB.2055749.1