IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CV 05-1750 (ESH) |
| ) | |
| ATKINS WEATHERPROOFING, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER
## AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), and Defendant, Atkins Weatherproofing, Inc. ("Atkins"), hereby jointly move to modify the Scheduling Order in this matter as follows:

1. On April 26, 2006, the Court issued a Minute Order amending the Scheduling Order to set June 30, 2006 as the due date for dispositive motions, August 4, 2006 as the due date for oppositions to dispositive motions and August 21, 2006 as the due date for replies to dispositive motions.

2. The parties are in the final stages of settlement discussions and believe that they may be able to resolve this matter in the upcoming days. Accordingly, the parties seek to extend the due dates set forth in the April 26, 2006 Scheduling Order by thirty (30) days, so as to allow time to conclude these negotiations and, if successful, prepare the necessary settlement documents.

3. The parties jointly seek to modify the Scheduling Order in this case such that (i) dispositive motions shall be due by July 31, 2006, (ii) oppositions to dispositive

2108761.01

motions shall be due by September 4, 2006, and (iii) replies to dispositive motions shall be due by September 20, 2006.

4. No other dates or deadlines in this case would be affected by the proposed extension.

5. Pursuant to the joint request of the Parties, the Court previously extended the deadline for dispositive motions from May 1, 2006 to June 30, 2006 for oppositions from June 5, 2006 to August 4, 2006 and for replies from June 22, 2006 to August 21, 2006.

For the foregoing reasons, the Parties therefore move this Court for entry of an Order modifying the Scheduling Order in this case such that (i) dispositive motions shall be due by July 31, 2006, (ii) dispositive motion oppositions shall be due by September 4, 2006, and (iii) dispositive motion replies shall be due by September 20, 2006.

Respectfully submitted,

Dated: June 29, 2006

By:_____/s/_____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
  DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street, N.W.
Washington, DC 20037-1526
(202) 828-2234

*Attorneys for Plaintiffs*
John Flynn, et al.

2108761.01

Dated: June 29, 2006                By: _____/s/_____
                                    Christopher C.S. Manning, DC Bar No. 471315
                                     MANNING & SOSSAMON PLLC
                                    1532 Sixteenth Street, NW
                                    Washington, DC  20036
                                    T:  (202) 387-2228
                                    F:  (202) 387-2229


                                    Jay Dade, Missouri Bar No. 41600
                                     SHUGHART THOMPSON
                                     & KILROY, P.C.
                                    901 St. Louis, Suite 1200
                                    Springfield, MO  65806
                                    T:  (417) 869-3353
                                    F:  (417) 869-9943

                                    *Attorneys for Defendant*
                                    Atkins Weatherproofing, Inc.

2108761.01