IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-1750 (ESH) |
| ) | |
| ATKINS WEATHERPROOFING, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Parties' Joint Motion to Modify Scheduling Order and Incorporated Memorandum in Support thereof in this action, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby **ORDERED** that the joint motion be, and it hereby is, **GRANTED,** and

**FURTHER ORDERED**, that (i) dispositive motions shall be due by July 31, 2006, (ii) dispositive motion oppositions shall be due by September 4, 2006, and (iii) dispositive motion replies shall be due by September 20, 2006.

**SO ORDERED**, this _____ day of _____, 2006.

_____
Ellen S. Huvelle
United States District Court Judge

2108790.01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>ATKINS WEATHERPROOFING, INC., )<br><br>Defendant. ) | Civil Action No. 05-1750 (ESH) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro Morin & Oshinsky LLP
>2101 L Street, NW
>Washington, D.C. 20037-1526
>Telephone: (202) 828-2234
>Facsimile   (202) 887-0689

>Christopher C. S. Manning
>Manning & Sossamon PLLC
>1532 Sixteenth Street, NW
>Washington DC 20036
>Telephone: (202) 387-2228
>Facsimile:  (202) 387-2229

>Jay Michael Dade
>Shughart Thomson & Kilroy, P.C.
>901 St. Louis, Suite 1200
>Springfield, MO 65806
>Telephone: (417) 869-3353
>Facsimile:  (417) 869-9943

2055749.01